# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALVIN VAN PELT III,
      Petitioner,

v.                                              No. 1:17-CV-647-RB-KRS

TODD GIESEN, Captain/Warden, Bureau
of Indian Affairs, Office of Justice Services,
Division of Corrections, BRIAN CORIZ, Governor,
Kewa Pueblo, ESQUIPULA TENORIO, Lieutenant Governor,
Kewa Pueblo, and JAVIN CORIZ, Tribal Official #4, Kewa Pueblo,
      Respondents.

## ORDER SETTING TELEPHONIC CONFERENCE

**THIS MATTER** is before the Court *sua sponte* following a review of the record in the above-titled cause. The Court, being fully advised in the premises, **FINDS** and **CONCLUDES** that a telephonic status conference shall be held on **January 10, 2018,** on a trailing docket to begin at **9:00 a.m.**, to consider the appropriate manner to proceed in this case in light of the failure by Respondents Brian Coriz, Esquipula Tenorio, and Javin Coriz to answer.

The parties shall call the Court's "meet-me" line at **(505) 348-2694** at **9:00 a.m.** to connect to the proceedings. The referenced conference telephone line can only accommodate up to five (5) telephone calls at once, including the call-in to the telephone conference by the Court. In the event the number of calls into the telephonic scheduling conference will exceed four (4) from counsel and parties, counsel or parties pro se must contact the Court immediately so that alternative arrangements can be made.

      **IT IS SO ORDERED.**

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE